```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/21/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| 46 East 65th Street LLC,<br><br>               Plaintiff,<br><br>v.<br><br>Federal Deposit Insurance Corporation As Receiver For Republic First Bank d/b/a Republic Bank, Partner Assessment Corp. d/b/a Partner Engineering & Science, Inc., and AB Plus R Construction Inc. d/b/a AB+R,<br><br>               Defendants | CIVIL ACTION NO.<br><br>1:24-cv-04151-MKV |

# ORDER

AND NOW, upon consideration of the motion for a stay filed by the FDIC-Receiver, and any response, the Court hereby GRANTS the FDIC-Receiver's motion.  This case is hereby stayed until plaintiff completes the administrative claims process mandated by the Financial Institutions Reform, Recovery and Enforcement Act, as codified at 12 U.S.C. § 1821(d).

**The parties shall file a joint letter within 10 days of the conclusion of plaintiff's administrative claims.**

BY THE COURT:

Date: June 21, 2024

*Mary Kay Vyskocil*
United States District Judge