USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/17/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

46 EAST 65TH STREET, LLC,

            Plaintiff,

-against-

FEDERAL DEPOSIT INSURANCE CORPORATION, *as Receiver for Republic First Bank doing business as Republic Bank*, PARTNER ASSESSMENT Corp., *doing business as Partner Engineering & Science, Inc.*, and AB PLUS R CONSTRUCTION INC., *doing business as AB+R*,

            Defendants.

1:24-cv-04151-MKV

**ORDER**

MARY KAY VYSKOCIL, United States District Judge:

    In accordance with this Court's Order, [ECF No. 13], the parties submitted a proposed Civil Case Management Plan and joint letter. [ECF No. 15]. The parties' proposed Civil Case Management Plan indicated that all parties consent to conducting all further proceedings before a Magistrate Judge, including motions and trial. [ECF No. 15].

    Accordingly, IT IS HEREBY ORDERED that, **by March 24, 2025**, the parties shall submit to the Court a fully executed Notice, Consent, and Reference of a Civil Action to a Magistrate Judge, *available at https://nysd.uscourts.gov/sites/default/files/2018-06/AO-3.pdf*.

**SO ORDERED.**

Date: **March 17, 2025**
      **New York, NY**

                                       **MARY KAY VYSKOCIL**
                                       **United States District Judge**