USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/26/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

46 EAST 65TH STREET, LLC,

        Plaintiff,

-against-

FEDERAL DEPOSIT INSURANCE CORPORATION, *as Receiver for Republic First Bank doing business as Republic Bank*, PARTNER ASSESSMENT Corp., *doing business as Partner Engineering & Science, Inc.*, and AB PLUS R CONSTRUCTION INC., *doing business as AB+R*,

        Defendants.

1:24-cv-04151-MKV

**ORDER**

---

MARY KAY VYSKOCIL, United States District Judge:

The parties submitted a proposed Civil Case Management Plan which indicated that all parties consent to conducting all further proceedings before a Magistrate Judge, including motions and trial. [ECF No. 15]. Subsequently, this Court Ordered that **by March 24, 2025**, the parties shall submit to the Court a fully executed Notice, Consent, and Reference of a Civil Action to a Magistrate Judge. [ECF No. 16]. As of the date of this Order, nothing has been filed.

Accordingly, IT IS HEREBY ORDERED that on or before April 2, 2025, the parties shall show cause, in writing, why the parties have failed to comply with the Court's deadlines.

**Failure to comply with the Court's Orders or comply with the FRCP, the Local Rules for the SDNY or this Court's Individual Practice Rules, or the parties discovery or other obligations thereunder may result in sanctions, including monetary penalties on counsel and/or the parties, dismissal, preclusion of claims, defenses, arguments, or evidence.**

SO ORDERED.

**Date: March 26, 2025**
      **New York, NY**

                                              */s/ Mary Kay Vyskocil*
                                              **MARY KAY VYSKOCIL**
                                              **United States District Judge**